# FEDERAL DEFENDER SERVICES
## OF WISCONSIN, INC.
LEGAL COUNSEL

Daniel W. Stiller, Federal Defender
Michael W. Lieberman, Supervising Attorney
Erika L. Bierma
Kelly A. Welsh

222 West Washington Avenue
Suite 300
Madison, Wisconsin 53703

Telephone 608-260-9900
Facsimile 608-260-9901

August 14, 2008

ELECTRONICALLY FILED

Honorable Stephen L. Crocker
United States Magistrate Judge
120 North Henry Street
Madison, Wisconsin 53703

Re:   *United States v. Neal Kenneth Allen*
      Case No. 04-cr-23-bbc

Dear Judge Crocker:

I am writing with regard to next week's scheduled telephonic status hearing in the above-referenced case. Specifically, I am writing to give the Court an update regarding the status of counsel for Mr. Allen. After Mr. Allen was sentenced, I was replaced as counsel for purposes of his appeal. When the case was remanded for a restitution hearing, the Court allowed appellate counsel to withdraw. In anticipation of next week's scheduled restitution hearing, which has now been postponed, I contacted Mr. Allen yesterday to ascertain his desire regarding counsel. Without getting into the specifics of that conversation, I can say that it is abundantly clear that Mr. Allen does not want to be represented by this office. It is not as clear whether Mr. Allen wants other counsel appointed, or whether he wishes to proceed *pro se*.

In light of the uncertainty regarding Mr. Allen's intentions with regard to counsel, I request that the telephonic status hearing scheduled for August 21 at 1:30 include Mr. Allen so he can advise the Court on his intentions.

GRANTED.
[signature]
8-14-08

Honorable Stephen L. Crocker
August 14, 2008
Page 2


Thank you for your time in considering this matter. As always, if you require anything further from me, I will provide it at once.

Sincerely,


/s/ Michael W. Lieberman
Michael W. Lieberman
Supervisory Associate Federal Defender

cc:    AUSA Peter Jarosz
       Mr. Neal Kenneth Allen