IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) |
| NEAL KENNETH ALLEN, | ) Case No. 04-CR-23-C-01 |
| Defendant, | ) |
| and | ) |
| BADGER CAB, | ) |
| Garnishee Defendant. | ) |

---

**ORDER GRANTING APPLICATION FOR WRIT OF CONTINUING GARNISHMENT**

---

Upon reviewing the application for writ of continuing garnishment filed with this Court by the plaintiff, the United States of America,

IT IS HEREBY ORDERED that the application of the United States of America for a writ of continuing garnishment is hereby GRANTED.

IT IS FURTHER ORDERED that the Clerk issue a writ of continuing garnishment to the garnishee defendant, and its successors or assigns.

Entered this 18th day of February 2010.

BY THE COURT:

*Barbara B Crabb*
BARBARA B. CRABB
District Judge