IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

---

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NEAL KENNETH ALLEN, )<br>)<br>Defendant, )<br>)<br>and )<br>)<br>BADGER CAB, )<br>)<br>Garnishee Defendant. )<br>)<br>) | Case No. 04-CR-23-C-01 |

---

ORDER DISMISSING GARNISHMENT

---

Upon the motion of the United States of America requesting dismissal of the garnishment in the above-entitled matter because the defendant is not employed by garnishee defendant,

IT IS HEREBY ORDERED that the garnishment be dismissed and the garnishee defendant shall be released from any further obligation in this case.

Entered this 11th day of March, 2010.

BY THE COURT:

*Barbara B. Crabb*
BARBARA B. CRABB
United States District Judge