IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                                                           ORDER

                Plaintiff,

                                                          04-cr-23-bbc

     v.

NEAL K. ALLEN,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      In conformance with the June 29, 2010 order of the Court of Appeals for the Seventh Circuit in this case, IT IS ORDERED that page 5 of the amended judgment and commitment order entered herein on June 23, 2009 is AMENDED to show that defendant Neal K. Allen owes $238,362 in restitution to the Lac du Flambeau Band of Lake Superior Chippewa Indians and $71,345 in restitution to Aerotech Laboratories. In all other respects, the amended judgment and commitment remains as entered in June 23, 2009.

      Entered this 22d day of July, 2010.

                                          BY THE COURT:
                                          /s/
                                          BARBARA B. CRABB
                                          District Judge